

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00338-CV

Susan **MOULTON**,
Appellant

v.

Michel **SHANE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV04847
Honorable Timothy Johnson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court sustaining Michel Shane's special appearance and dismissing the lawsuit for lack of personal jurisdiction is AFFIRMED. All costs of appeal are assessed against Appellant Susan Moulton.

SIGNED December 12, 2018.

_____
Irene Rios, Justice